ORIGINAL

≋AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Merck & Co, Inc.

V.

Ranbaxy Inc., and
Ranbaxy Laboratories Limited

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 7 - 2 2 9 -

TO: (Name and address of Defendant)

Ranbaxy Laboratories Limited
c/o Secretary of State
401 Federal Street, Suite 4
Dover DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, PO Box 1347
Wilmington, DE 19899-1347

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

APR 3 0 2007

CLERK                                                              DATE

_(signature)_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/1/07 |
| NAME OF SERVER (PPJNT) KEVIN DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: RANBAXY LABORATORIES LIMITED C/O THE DELAWARE SECRETARY OF STATE 401 FEDERAL ST. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/1/07
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JAMES W. PARRETT, JR.
302 351 9678
302 425 3083 Fax
jparrett@mnat.com

May 1, 2007

**BY HAND DELIVERY**

The Honorable Harriet Smith Windsor
Secretary of State
Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901

   Re: Service of Process – *Merck & Co., Inc. v. Ranbaxy Inc.*
      *and Ranbaxy Laboratories Limited;* C.A. No. 07-229

Dear Secretary Windsor:

  Enclosed for service are copies of the Complaint, Summons and related suit papers in the above-captioned matter, as well as our firm's check in the amount of $2.00. Pursuant to 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon defendant Ranbaxy Laboratories Limited personally within this State.

          Respectfully,

          James W. Parrett, Jr.

JWP/dam
Enclosures
810623