IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANBAXY INC., and RANBAXY )<br>LABORATORIES LIMITED, )<br>)<br>Defendants. )<br>) | C.A. No. 07-229 (UNA) |

## **PRAECIPE**

Plaintiff requests that the Alias Summons be issued with respect to the Complaint filed April 30, 2007.

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ James W. Parrett, Jr.*
            _____
            Mary B. Graham (#2256)
            James W. Parrett, Jr. (#4292)
            1201 N. Market Street
            P.O. Box 1347
            Wilmington, DE  19899-1347
            302.658.9200

            *Attorneys for Merck & Co., Inc.*

OF COUNSEL:

Raymond N. Nimrod
JENNER & BLOCK LLP
919 N. Third Avenue
37th Floor
New York, NY  10022-3908
212.891.1600

Aaron A. Barlow
Gregory D. Bonifield
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603
312.222.9350

- 2 -

Paul D. Matukaitis
Charles M. Caruso
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
MERCK & CO., INC.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Dated:  May 3, 2007
819342