AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Merck & Co, Inc.

V.

Ranbaxy Inc., and
Ranbaxy Laboratories Limited

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07-229 (UNA)

TO: (Name and address of Defendant)

Ranbaxy Laboratories Limited
c/o Ranbaxy Inc.
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, PO Box 1347
Wilmington, DE  19899-1347

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      MAY 0 3 2007

CLERK                                                DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/3/07 |
| NAME OF SERVER (PRINT) ANTHONY GIOBBE | TITLE Legal Courier |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Ranbaxy Laboratories Limited c/o Ranbaxy Inc. & c/o The Prentice-Hall Corporation System, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/3/07
              Date

Signature of Server

800 N. King Street, Wilmington, DE. 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.