IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Merck & Co. Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>Ranbaxy Inc. and Ranbaxy Laboratories Limited<br><br>        Defendants. | )<br>)<br>)<br>)<br>) C. A. No. 07-229-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

### **STIPULATION AND ORDER**

WHEREAS Defendants are requesting a thirty-day extension to move, answer or otherwise plead in response to the complaint;

WHEREAS Counsel for Defendants represent that this extension is necessary for the following reasons:

(1) Counsel for Defendants have just recently received this Complaint and been retained to represent Ranbaxy in this matter and they need sufficient opportunity to consult with their clients, one of whom is located in India, about the subject matter and anticipated response to the Complaint; and

(2) Certain of defense counsel will be traveling outside of the country during the next week and will be unavailable to prepare the response during that time.

WHEREAS for these reasons, counsel for Defendants respectfully request that the Court enter this stipulated Order.

WHEREAS Plaintiff is agreeable to the extension if it will be considered to be without prejudice to its rights to seek expedited relief or a quick trial,

IT IS HEREBY STPULATED, by the parties, subject to the Order of the Court, that:

(1) The time for Defendants, Ranbaxy Inc. and Ranbaxy Laboratories Limited ("Defendants"), to move, answer or otherwise plead in response to the Complaint is extended to June 21, 2007.

(2) For the purposes of this lawsuit only, Defendants hereby waive, and agree not to assert, any defense of insufficient service or service of process, or lack of personal jurisdiction;

(3) Defendants agree that this extension is without prejudice to Plaintiff's right to seek expedited relief or a quick trial.

| | |
|---|---|
| /s/ Mary B. Graham | /s/ Frederick L. Cottrell, III |
| Mary B. Graham (#2256) | Frederick L. Cottrell, III (#2555) |
| Morris, Nichols, Arsht & Tunnell LLP | cottrell@rlf.com |
| 1201 North Market Street | Richards, Layton & Finger, P.A. |
| P. O. Box 1347 | One Rodney Square |
| Wilmington, DE 19899 | 920 North King Street |
| *Attorneys for Plaintiff* | Wilmington, DE 19801 |
| | 302-651-7700 |
| Dated: May 18, 2007 | *Attorneys for Defendants* |
| | Dated: May 18, 2007 |

SO ORDERED this _____ day of May, 2007.

_____
Judge Gregory M. Sleet