IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., Inc. | ) |
|         Plaintiff, | ) |
| v. | ) |
| RANBAXY INC. and RANBAXY LABORATORIES LIMITED, | ) |
|         Defendant. | ) C.A. No. 07-229 (GMS) |
| RANBAXY INC. and RANBAXY LABORATORIES LIMITED, | ) |
|         Counterclaim Plaintiff, | ) |
| v. | ) |
| MERCK & CO., Inc. | ) |
|         Counterclaim Defendant. | ) |

**DEFENDANTS RANBAXY INC. AND RANBAXY LABORATORIES LIMITED'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants/Counterclaimants Ranbaxy Laboratories Limited and Ranbaxy Inc. submit the following Corporate Disclosure Statement:

1. Ranbaxy Laboratories Limited is a publicly held entity. Its shares are listed on the Stock Exchange in India, viz. National Stock Exchange and the Stock Exchange, Mumbai. Its Global Depository Shares are listed on the Luxembourg Stock

RLF1-3168881-1

Exchange. It does not have a parent corporation. No publicly held corporation owns 10 percent or more of Ranbaxy Laboratories Limited's stock.

2.   Ranbaxy Inc. is a wholly-owned subsidiary of Ranbaxy (Netherlands) B.V., which is a wholly-owned subsidiary of Ranbaxy Laboratories Limited. No publicly held corporation owns 10 percent or more of Ranbaxy Inc.'s stock.

OF COUNSEL:

Mark Boland
Michael Dzwonczyk
Chid Iyer
Sughrue Mion PLLC
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037
(202) 293-7060

Dated: June 21, 2007

/s/ Kelly E. Farnan
Frederick L. Cottrell III (#2555)
Cottrell @rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
*Attorneys for Defendant/Counterclaimant Ranbaxy Laboratories Limited and Ranbaxy Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 21, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**HAND DELIVERY:**

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on June 21, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**FEDERAL EXPRESS**

Raymond N. Nimrod
Jenner & Block LLP
919 N. Third Avenue
37th Floor
New York, NY 10022-3908

Aaron A. Barlow
Gregory D. Bonifield
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3168916-1