IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-229 |
| ) | |
| RANBAXY INC., and RANBAXY ) | |
| LABORATORIES LIMITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF MAILING

James W. Parrett, Jr. declares as follows:

1. I am an associate at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant Ranbaxy Laboratories Limited is a corporation organized and existing under the laws of India, having its principal place of business at Plot No. 90, Sector 32, Gurgaon-122 001, Haryana, India

3. The Summons and Complaint in this action were served on defendant Ranbaxy Laboratories Limited on May 1, 2007, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Summons, showing the service on the Secretary of State, was filed with the Court on May 1, 2007.

4. On May 1, 2007, copies of the Summons and Complaint were sent by registered mail to Ranbaxy Laboratories Limited, Plot 90, Sector 32, Gurgaon-122 001 Haryana, India, together with a notice stating that the service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as

effectual to all intents and purposes as if it had been made upon Ranbaxy Laboratories Limited personally within this state. *See* Exhibit A.

    5.  The registered mail return receipt that I received on July 20, 2007, shows that Ranbaxy Laboratories Limited received and accepted the Summons, Complaint and notice. *See* Exhibit B.

    I declare under penalty of perjury that the foregoing is true and correct.

            */s/ James W. Parrett, Jr.*
            _____
            James W. Parrett, Jr. (#4292)

816763

EXHIBIT A

## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

James W. Parrett, Jr.
302 351 9678
302 425 3083 Fax
jparrett@mnat.com

May 1, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Ranbaxy Laboratories Limited
Plot 90, Sector 32
Gurgaon -122001 (Haryana), INDIA

      Re:    Service of Process – *Merck & Co., Inc. v. Ranbaxy Inc.*
               *and Ranbaxy Laboratories Limited;* C.A. No. 07-229

To whom it may concern:

      Enclosed are copies of the Summons, Complaint for Patent Infringement against Ranbaxy Laboratories Limited, and Notice of Availability of a United States Magistrate Judge in this action, which were served on the Delaware Secretary of State on May 1, 2007, pursuant to 10 Del. C. § 3104(d). Under 10 Del. C. § 3104(d), such service is as effectual for all intents and purposes as if it had been made upon Ranbaxy Laboratories Limited within the State of Delaware.

                                       Sincerely,

                                       James W. Parrett, Jr.

JWP/dam
Enclosures
811393

| Registered No. | | Date Stamp |
|---|---|---|
| RA 122 310 885 US | | |

**To Be Completed By Post Office**

| Reg. Fee | $ 7.90 | Special Delivery | $ |
|---|---|---|---|
| Handling Charge | $ | Return Receipt | $ 1.85 |
| Postage | $ 8.05 | Restricted Delivery | $ |
| Received by | LS | | |

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

| Customer Must Declare Full Value $ | ☐ With Postal Insurance |
|---|---|
| | ☐ Without Postal Insurance |

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM:
James W. Parrett, Jr.
Morris, Nichols, Arsht + Tunnell LLP
1201 N. Market Street
Wilmington DE 19801

TO:
Ranbaxy Laboratories Limited
Plot 90, Sector 32
Gurgaon - 122001 (Haryana)
INDIA

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

EXHIBIT B

**POSTAL SERVICE OF THE UNITED STATES OF AMERICA**
*Administration des Postes des États-Unis d'Amérique*

**C5**
Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

**PAR AVION**

**POSTAL SERVICE**
*Service des postes*

To be returned by the quickest route (air or surface mail), à découvert and postage free.

**RETURN RECEIPT**
*Avis de réception*

To be filled out by the sender, who will indicate his address for the return of this receipt.
*A remplir par l'expediteur, qui indiquera son adresse pour le renvoi du présent avis.*

Name or firm / Nom ou raison sociale: James W. Parrett, Jr. Morris Nichols Arsht + Tunnell LLP

Street and No. / Rue et no.: 1201 N. Market Street

City, State and ZIP Code / Lieu et Pays: Wilmington DE 19801

UNITED STATES OF AMERICA / États-Unis d'Amérique

*A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.*

PS Form 2865
Mar. 1985

---

| Registered article *Envoi recommandé* | ☒ Letter *Lettre* | ☐ Printed Matter *Imprimé* | ☐ Other *Autre* | ☐ Express Mail International |
|---|---|---|---|---|

Insured parcel *Colis avec valeur déclarée* | Insured Value *Valeur déclarée* | Article No.: RA 122 310 885 US

Office of mailing *Bureau or depot* | Date of posting *Date de depot*: 5-1-07

Address (Name or firm) / Nom ou raison sociale du destinataire: Ranbaxy Laboratories Limited

Street and No. / Rue et No.: Plot 90, Sector 32

Place and country / Lieu et Pays: -122001 (Haryana) INDIA

This receipt [must be] signed by the addressee or by a person authorized to do so by virtue of the reg[ulations of] the country of destination, or, if those regulations so provide, by the employ[ee of the] office of destination, and returned by the first mail directly to the sender.

*Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des reglements du pays de destination, ou, si ces reglements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.*

The article mentioned above was duly delivered.
*L'envoi mentionné ci-dessus a été dornent livré.*

Date: GURGAON-122001

Signature of the addressee
*Signature du destinataire*

Signature of the employee of the office of destination. *Signature de l'agent du bureau de destination.*

Postmark of the office of destination
*Timbre du bureau de destination*