IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO. INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-229-GMS |
| | ) |
| RANBAXY INC. AND RANBAXY | ) |
| LABORATORIES LIMITED | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Renita Rathinam of Sughrue Mion, PLLC, 2100 Pennsylvania Avenue, N.W., Suite 800, Washington, D.C. 20037 to represent Defendants Ranbaxy Inc. and Ranbaxy Laboratories Limited in this matter.

| OF COUNSEL: | /s/ Kelly E. Farnan |
|---|---|
| | Frederick L. Cottrell III (#2555) |
| Mark Boland | Cottrell@rlf.com |
| Michael Dzwonczyk | Kelly E. Farnan (#4395) |
| Renita Rathinam | Farnan@rlf.com |
| Sughrue Mion PLLC | Richards, Layton & Finger |
| 2100 Pennsylvania Ave., N.W. | One Rodney Square |
| Suite 800 | 920 N. King Street |
| Washington, D.C. 20037 | Wilmington, DE 19899 |
| (202) 293-7060 | *Attorneys for Defendant/Counterclaimant* |
| | *Ranbaxy Laboratories Limited and Ranbaxy* |
| Dated: September 26, 2007 | *Inc.* |

**ORDER GRANTING MOTION**

SO ORDERED this _____ day of September, 2007.

_____
Chief Judge

RLF1-3204265-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Renita Rathinam
2100 Pennsylvania Avenue
NW Suite 800
Washington, D.C. 20037

DATE: September 19, 2007

RLF1-3202201-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**HAND DELIVERY:**

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19899

I hereby certify that on September 26, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**FEDERAL EXPRESS**

Raymond N. Nimrod
Jenner & Block LLP
919 N. Third Avenue
37th Floor
New York, NY  10022-3908

Aaron A. Barlow
Gregory D. Bonifield
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603

Kelly E. Farnan (#4395)