IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-229 (GMS) |
| | ) | |
| RANBAXY INC., and RANBAXY LABORATORIES LIMITED, | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim Plaintiffs. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff's Objections and Responses to Defendants' First Set of Requests for Production of Documents and Things (Nos. 1-125)* were caused to be served on November 8, 2007 upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

cottrell@rlf.com
farnan@rlf.com

**BY EMAIL**

Mark Boland, Esquire
SUGHRUE MION PLLC
mboland@sughrue.com

Michael R. Dzwonczyk, Esquire
SUGHRUE MION PLLC
mdzwonczyk@sughrue.com

Chid S. Iyer, Esquire
SUGHRUE MION PLLC
ciyer@sughrue.com

- 2 -

OF COUNSEL:

Raymond N. Nimrod
JENNER & BLOCK LLP
919 N. Third Avenue
37th Floor
New York, NY  10022-3908
212.891.1600

Aaron A. Barlow
Gregory D. Bonifield
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603
312.222.9350

Paul D. Matukaitis
Charles M. Caruso
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
MERCK & CO., INC.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Dated:  November 8, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
302.658.9200

*Attorneys for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Frederick L. Cottrell, III, Esquire
>RICHARDS, LAYTON & FINGER, P.A.
>
>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 8, 2007 upon the following individuals in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**cottrell@rlf.com**
**farnan@rlf.com**

**BY EMAIL**

Mark Boland, Esquire
SUGHRUE MION PLLC
**mboland@sughrue.com**

Michael R. Dzwonczyk, Esquire
SUGHRUE MION PLLC
**mdzwonczyk@sughrue.com**

Chid S. Iyer, Esquire
SUGHRUE MION PLLC
**ciyer@sughrue.com**

/s/ James W. Parrett, Jr.
_____
James W. Parrett, Jr. (#4292)

932304