IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff and Counterclaim Defendant, )<br>)<br>v. )<br>)<br>RANBAXY INC., and RANBAXY )<br>LABORATORIES LIMITED, )<br>)<br>Defendants and Counterclaim Plaintiffs. )<br>_____ ) | C.A. No. 07-229 (GMS) |

### STIPULATION AND ORDER

WHEREAS, the Court entered a Scheduling Order on October, 2007 requiring that the parties file a Final Joint Claim Chart on Wednesday, November 28, 2007;

WHEREAS the parties would find it helpful to have additional time until Monday, December 3, 2007 in order to prepare the joint chart; and

WHEREAS an extension of time should not impact other dates given that opening claim construction briefs are not due until December 7, 2007;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

(1) the parties shall submit a Final Joint Claim Chart with citations to intrinsic evidence on December 3, 2007.

- 2 -

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
| */s/ James W. Parrett, Jr.* | */s/ Kelly E. Farnan* |
| Mary B. Graham (#2256) <br> James W. Parrett, Jr. (#4292) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> 302.658.9200 | Frederick L. Cottrell, III (#2555) <br> Kelly E. Farnan (#4395) <br> One Rodney Square <br> P.O. Box. 551 <br> Wilmington, DE 19899 <br> 302.651.7700 |
| *Attorneys for Merck & Co., Inc.* | *Attorneys for Ranbaxy Inc. and Ranbaxy Laboratories Limited* |

Dated: November 26, 2007

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1321199