IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-229 (GMS) |
| | ) | |
| RANBAXY INC., and RANBAXY LABORATORIES LIMITED, | ) ) | |
| | ) | |
| Defendants and Counterclaim Plaintiffs. | ) | |
| | ) | |

**STIPULATION AND ORDER**

WHEREAS, the Court entered a Scheduling Order on October 2, 2007 requiring that the parties file opening claim construction briefs on Friday December 7, 2007;

WHEREAS the parties would find it beneficial to have additional time to attempt to reach agreement on two claim construction issues, and correspondingly to prepare opening claim construction briefs that adequately address the parties' positions and

WHEREAS an extension of time will not impact the December 21, 2007 deadline for filing answering claim construction briefs and the Joint Appendix;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

(1) the parties shall file opening claim construction briefs on Tuesday December 11, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| /s/ Mary B. Graham | /s/ Kelly E. Farnan |
| Mary B. Graham (#2256) | Frederick L. Cottrell, III (#2555) |
| James W. Parrett, Jr. (#4292) | Kelly E. Farnan (#4395) |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | P.O. Box. 551 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| 302.658.9200 | 302.651.7700 |
| *Attorneys for Merck & Co., Inc.* | *Attorneys for Ranbaxy Inc. and Ranbaxy Laboratories Limited* |

Dated: December 6, 2007

       SO ORDERED this _____ day of _____, 2007.

                                                                                           _____
                                                                                           UNITED STATES DISTRICT CHIEF JUDGE