IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
|     Plaintiff and Counterclaim Defendant, | ) ) ) |
|     v. | )   C.A. No. 07-229 (GMS) |
| RANBAXY INC., and RANBAXY LABORATORIES LIMITED, | ) ) ) ) |
|     Defendants and Counterclaim Plaintiffs. | ) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS the date for amending the pleadings and joinder of other parties is currently set as January 4, 2008 (D.I. 21);

WHEREAS the parties would find it helpful to extend that date by a week to January 11, 2008;

WHEREAS fact discovery does not close until May 30, 2008;

WHEREAS extending the date for amendment of the pleadings and joinder of other parties should not impact other dates in the schedule;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order (D.I. 21) is modified to the following extent:

    2.    **Joinder of other Parties and Amendment of Pleadings.**  All motions to join other parties and amend the pleadings shall be filed on or before January 11, 2008.

- 2 -

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
| */s/ Mary B. Graham* | */s/ Kelly E. Farnan* |
| Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200 | Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>P.O. Box. 551<br>Wilmington, DE 19899<br>302.651.7700 |
| *Attorneys for Merck & Co., Inc.* | *Attorneys for Ranbaxy Inc. and Ranbaxy Laboratories Limited* |

Dated: December 27, 2007

SO ORDERED this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

1347545