IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Merck & Co., Inc.,                              :
                                                :
                        Plaintiff,              :
                                                :
        v.                                      :    Civ. No. 07-229 GMS
                                                :
Ranbaxy Inc. and Ranbaxy Laboratories          :
Limited,                                        :
                                                :
                        Defendants.             :

## ORDER

A teleconference having been held at Wilmington this **10th day of January,**

**2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **March**

**19, 2008 at 10:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of,

the procedures involved and the types of alternative dispute resolutions available, including

mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to**

**302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state

counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE