# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302.351.9199
mgraham@mnat.com

January 31, 2008

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 North King Street
Wilmington, DE  19801

Re:    *Merck & Co., Inc. v. Ranbaxy Inc. and Ranbaxy Laboratories Limited*
       C.A. No. 07-229

Dear Chief Judge Sleet:

I am writing on behalf of the plaintiff, Merck & Co., Inc., regarding Defendants Ranbaxy Inc.'s and Ranbaxy Laboratories, Limited's Motion for Leave to Amend and Supplement its Answer, which was filed on January 11, 2008 (D.I. 48).  Although Merck does not concede that any of Ranbaxy's proposed supplementations are proper, Merck does not oppose Ranbaxy's motion.

Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

MBG/dam
cc:    Clerk of the Court (via hand delivery)
       Frederick L. Cottrell, Esquire (via email)
       Mark Boland, Esquire (via email)
       Raymond N. Nimrod, Esquire (via email)
1446027