IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Civil Action No. 07-229 (GMS) ) |
| RANBAXY INC., and RANBAXY LABORATORIES LIMITED, | ) ) ) |
| Defendants. | ) ) ) |

## **ORDER**

On February 7, 2008, the court held a *Markman* hearing in this patent infringement action. (D.I. 56.) At the hearing the parties agreed that certain terms and issues may no longer be in dispute. (*Id.* at 62:24-66:04.) The court then ordered the parties to file a joint letter indicating such terms and issues. (*Id.* at 63:13-15; 65:13-14.)

IT IS HEREBY ORDERED THAT:

The parties shall submit their letter to the court regarding terms and issues no longer in dispute by Monday, February 25, 2008.


Dated: February 19, 2008         /s/ Gregory M. Sleet
                                 CHIEF, UNITED STATES DISTRICT JUDGE