RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

February 22, 2008

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

    Re:    **Merck & Co., Inc. v. Ranbaxy Inc., et al., C.A. No. 07-229**

Dear Chief Judge Sleet:

    Pursuant to District of Delaware Local Rule 7.1.4, Defendants Ranbaxy, Inc. and Ranbaxy Laboratories, Inc. (collectively, "Ranbaxy") respectfully request that Your Honor hear oral argument on Plaintiff Merck & Co., Inc.'s Motion for Leave to File its First Supplemental Complaint (D.I. 48).

    If Your Honor has any questions, counsel is available at the Court's convenience.

Respectfully,

*Kelly E. Farnan*

Kelly E. Farnan (#4395)

KEF.th
Enclosure
cc:   Mary B. Graham, Esq. (via CM/ECF)

RLF1-3256173-1