IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MERCK & CO., Inc. | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| RANBAXY INC. and RANBAXY LABORATORIES LIMITED, | ) |
|  | ) |
| Defendants. | ) |
|  | ) C.A. No. 07-229 (GMS) |
| RANBAXY INC. and RANBAXY LABORATORIES LIMITED, | ) |
|  | ) |
| Counterclaim Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| MERCK & CO., Inc. | ) |
|  | ) |
| Counterclaim Defendant. | ) |

**CONCESSION AND REQUEST FOR ENTRY OF ORDER OF INFRINGEMENT BY DEFENDANTS/COUNTERCLAIM PLAINTIFFS RANBAXY INC. AND RANBAXY LABORATORIES LIMITED IN VIEW OF THE COURT'S 2/29/2008 CLAIM <u>CONSTRUCTION ORDER</u>**

WHEREAS, under this Court's 2/29/2008 claim construction Order, Ranbaxy Inc. and Ranbaxy Laboratories (hereinafter collectively "Ranbaxy") hereby concede that their ANDA products at issue in this litigation (specifically, the injectable products comprising imipenem and cilastatin described in ANDA Nos. 65-469, 65-512 and 65-519) are literally covered by claims 1, 2, 9, 19, 20, 22, 23 and 24 of U.S. Patent No. 5,147,868;

WHEREAS, Ranbaxy does not concede that these claims are valid or enforceable, and is pursuing its defenses regarding these issues;

WHEREAS, Ranbaxy has proposed a joint stipulation regarding infringement to Merck, but the parties have been unable to agree on the terms of the stipulation;

WHEREAS, Ranbaxy reserves the right to reassert its defense of non-infringement if the Court's claim construction is at any time modified in any way;

WHEREAS, Ranbaxy reserves its right to appeal the Court's 2/29/08 claim construction Order after final disposition of this action;

In light of the foregoing, Ranbaxy respectfully requests that the Court enter the attached Order.

OF COUNSEL:

Mark Boland
Kenneth J. Burchfiel
Michael Dzwonczyk
Chid S. Iyer
Renita S. Rathinam
Chandran B. Iyer
Sughrue Mion PLLC
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037
(202) 293-7060

Dated: March 11, 2008

/s/ Kelly E. Farnan
Frederick L. Cottrell III (#2555)
Cottrell @rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899

Attorneys for Defendant/Counterclaimant
*Ranbaxy Laboratories Limited and Ranbaxy Inc.*

RLF1-3262202-1

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

### HAND DELIVERY and E-MAIL:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19899

I hereby certify that on March 12, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

### E-MAIL

Raymond N. Nimrod
Jenner & Block LLP
919 N. Third Avenue
37th Floor
New York, NY  10022-3908

Aaron A. Barlow
Gregory D. Bonifield
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603

_/s/ Kelly E. Farnan_
Kelly E. Farnan (#4395)

RLF1-3168916-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MERCK & CO., Inc. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RANBAXY INC. and RANBAXY LABORATORIES LIMITED, | ) ) ) | |
| Defendants. | ) ) | C.A. No. 07-229 (GMS) |
| RANBAXY INC. and RANBAXY LABORATORIES LIMITED, | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| MERCK & CO., Inc. | ) ) | |
| Counterclaim Defendant. | ) ) | |

### [PROPOSED] ORDER

WHEREAS the Court, having considered the Concession filed by Defendants Ranbaxy Inc. and Ranbaxy Laboratories,

IT IS HEREBY ORDERED this _____ day of March, 2008 that:

(a) Under this Court's 2/29/2008 claim construction Order, Ranbaxy Inc.'s and Ranbaxy Laboratories' (hereinafter collectively "Ranbaxy") ANDA products at issue in this litigation (specifically, the injectable products comprising imipenem and cilastatin described in

RLF1-3262214-1

ANDA Nos. 65-469, 65-512 and 65-519) are literally covered by claims 1, 2, 9, 19, 20, 22, 23 and 24 of U.S. Patent No. 5,147,868;

(b)    Ranbaxy does not concede that these claims are valid or enforceable, and is pursuing its defenses regarding these issues;

(c)    Ranbaxy has reserved the right to reassert its defense of non-infringement if the Court's claim construction is at any time modified in any way; and

(d)    Ranbaxy has reserved its right to appeal the Court's 2/29/08 claim construction Order after final disposition of this action.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT COURT, CHIEF JUDGE