IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-229 (GMS) |
| | ) | |
| RANBAXY INC., and RANBAXY LABORATORIES LIMITED, | ) | |
| | ) | |
| Defendants and Counterclaim Plaintiffs. | ) | |

### NOTICE OF DEPOSITION OF MANEESH BHARDWAJ

PLEASE TAKE NOTICE THAT, pursuant to the Fed. R. Civ. P. 30, plaintiff Merck & Co., Inc. ("Merck") will take the deposition upon oral examination of Maneesh Bhardwaj at Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, NY 10022, beginning at 9:30 a.m. on April 9, 2008, or at such time and place as agreed to by the parties. The deposition will continue day to day thereafter until completed. The deposition will be taken before a notary public or other office duly authorized by law to administer oaths and may be videotaped.

You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
mgraham@mnat.com
jparrett@mnat.com

OF COUNSEL:

Raymond N. Nimrod
Gregory D. Bonifield
JENNER & BLOCK LLP
919 N. Third Avenue
37th Floor
New York, NY  10022-3908
212.891.1600

*Attorneys Merck & Co., Inc.*

Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603
312.222.9350

Paul D. Matukaitis
Charles M. Caruso
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
MERCK & CO., INC.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Dated: March 18, 2008
2157988

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Frederick L. Cottrell , III, Esquire
> RICHARDS, LAYTON & FINGER, P.A.
>
> Kelly E. Farnan, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 18, 2008 upon the following individuals in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Frederick L. Cottrell , III, Esquire
Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**cottrell@rlf.com**
**farnan@rlf.com**

**BY EMAIL**

Mark Boland, Esquire
SUGHRUE MION PLLC
**mboland@sughrue.com**

Michael R. Dzwonczyk, Esquire
SUGHRUE MION PLLC
**mdzwonczyk@sughrue.com**

Chid S. Iyer, Esquire
SUGHRUE MION PLLC
**ciyer@sughrue.com**

*/s/ Mary B. Graham*

_____

Mary B. Graham (#2256)