MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARY B. GRAHAM
302.351.9199
mgraham@mnat.com

April 7, 2008

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 North King Street
Wilmington, DE 19801

    Re: *Merck & Co., Inc. v. Ranbaxy Inc. and Ranbaxy Laboratories Limited*
       C.A. No. 07-229 (GMS)

Dear Chief Judge Sleet:

  The parties will raise the following issues during the conference call on discovery issues that the Court scheduled for Wednesday, April 9, 2008, at 2:30 p.m.:

**Merck:**

  1. Discovery relating to samples of Ranbaxy's ANDA product.

  2. Discovery relating to Ranbaxy's ANDA and communications with the FDA.

  3. Discovery relating to secondary considerations of nonobviousness.

  4. Discovery relating to issues concerning a permanent or preliminary injunction.

**Ranbaxy:**

  1. Ways to achieve an inexpensive determination of this action in view of concessions by Ranbaxy, and Ranbaxy's request for a protective order precluding discovery by Merck on matters not relevant to any issue in this case.

  2. Merck's production of documents in various categories pertaining to Ranbaxy's prior art, double patenting and unenforceability defenses, including:

The Honorable Gregory M. Sleet
April 7, 2008
Page 2

        a.    Merck's internal documents concerning inventorship and prosecution of the '868 patent and related "combination" patents.

        b.    Files of foreign counterparts to the '868 patent and related "combination" patents.

        c.    Disclosures made by Merck at the Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC) held September 22-24, 1980 in New Orleans, LA.

3.    Exchange of privilege logs.

                                                          Respectfully,

                                                         */s/ Mary B. Graham*

                                                         Mary B. Graham (#2256)

MBG/dam
cc:    Clerk of the Court (by hand delivery)
       Frederick L. Cottrell, Esq. (by e-mail and hand delivery)
       Kelly E. Farnan, Esq. (by e-mail and hand delivery)
       Mark Boland, Esq. (by e-mail)
       Raymond N. Nimrod, Esq. (by e-mail)
2284403