IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO. INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-229-GMS |
| | ) | |
| RANBAXY INC. AND RANBAXY | ) | |
| LABORATORIES LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on April 11, 2008 copies of (i) Ranbaxy's Responses and

Objections to Plaintiff Merck's First Set of Requests for Admission; (ii) Ranbaxy's Responses

and Objections to Plaintiff Merck's Second Set of Interrogatories (No. 17); (iii) Defendant's First

Set of Interrogatories to Plaintiff (Nos. 1-19) and (iv) Defendant's First Set of Requests for

Admission to Plaintiff were served upon the following counsel of record at the addresses and in

the manner indicated:

**BY E-MAIL and HAND DELIVERY**
Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL**
Raymond N. Nimrod
Jenner & Block LLP
919 N. Third Avenue
37th Floor
New York, NY 10022-3908

Aaron A. Barlow
Gregory D. Bonifield
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

OF COUNSEL:

Mark Boland
Michael Dzwonczyk
Renita Rathinam
Sughrue Mion PLLC
2100 Pennsylvania Ave., N.W.
Suite 800
Washington, D.C. 20037
(202) 293-7060

*Kelly E Farnan*

Frederick L. Cottrell III (#2555)
Cottrell @rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant/Counterclaimant*
*Ranbaxy Laboratories Limited and Ranbaxy Inc.*

Dated: April 14, 2008

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

### HAND DELIVERY:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE   19899

I hereby certify that on April 14, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Raymond N. Nimrod
Jenner & Block LLP
919 N. Third Avenue
37th Floor
New York, NY  10022-3908

Aaron A. Barlow
Gregory D. Bonifield
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603

_Kelly E. Farnan_
Kelly E. Farnan  (#4395)

RLF1-3168916-1