IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 07-229 (GMS) |
| ) | |
| RANBAXY INC., and RANBAXY ) | |
| LABORATORIES LIMITED, ) | |
| ) | |
| Defendants and Counterclaim Plaintiffs. ) | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS rebuttal expert reports are currently due April 25 and fact and expert discovery are set to close on May 30, 2008;

WHEREAS the parties agree that extensions of time for the completion of discovery, including an extension of rebuttal expert reports to May 2 and an extension of the close of fact and expert discovery to June 18, 2008, will be helpful in completing discovery in an orderly manner;

WHEREAS the agreed-upon proposed extensions will not impact other deadlines in the case, including the preparation of the pretrial order due August 11 and the pretrial conference date of September 4, 2008;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadlines set in the scheduling order entered on October 2, 2007 (D.I. 21) are hereby extended as follows:

1. The parties will exchange rebuttal expert reports on or before May 2, 2008;

2. All fact and expert discovery shall be initiated so as to be completed on or before June 18, 2008.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS LAYTON & FINGER, P.A. |
|---|---|
| */s/ Mary B. Graham* | */s/ Kelly E. Farnan* |
| Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200 | Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>P.O. Box. 551<br>Wilmington, DE 19899<br>302.651.7700 |
| *Attorneys for Merck & Co., Inc.* | *Attorneys for Ranbaxy Inc. and Ranbaxy Laboratories Limited* |

Dated: April 23, 2008
2302696

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE