IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 07-229 (GMS) |
| ) | |
| RANBAXY INC., and RANBAXY ) | |
| LABORATORIES LIMITED, ) | |
| ) | |
| Defendants and Counterclaim Plaintiffs. ) | |

**REVISED NOTICE OF RULE 30(B)(6) DEPOSITION OF
RANBAXY INC. AND RANBAXY LABORATORIES LIMITED**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Merck & Co., Inc. ("Merck") will take the deposition of Ranbaxy Inc. and Ranbaxy Laboratories Limited (collectively "Ranbaxy") by oral examination on the topics listed on the attached Schedule A. Ranbaxy shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, on those topics. The deposition shall take place beginning at 9:00 a.m. on May 20, 2008, continuing from day-to-day until completed, at the offices of Jenner & Block LLP, 919 Third Avenue, 37th Floor, New York, New York 10022, or at such other place and time as may be agreed to by the parties.

The deposition will take place before an officer authorized to administer oaths and may be recorded via videotape and stenographic means.

- 2 -

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ James W. Parrett, Jr.* |
|  | Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>302.658.9200<br>mgraham@mnat.com<br>jparrett@mnat.com |
| OF COUNSEL: | *Attorneys for Merck & Co., Inc.* |

Raymond N. Nimrod
Gregory D. Bonifield
JENNER & BLOCK LLP
919 N. Third Avenue
37th Floor
New York, NY  10022-3908
212.891.1600

Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603
312.222.9350

Paul D. Matukaitis
Charles M. Caruso
MERCK & CO., INC.
One Merck Drive
Whitehouse Station, NJ 08889-0100

Edward W. Murray
MERCK & CO., INC.
126 E. Lincoln Avenue
Rahway, NJ 07065-0907

Dated:  May 5, 2008
2316855

# SCHEDULE A

### DEFINITIONS

1. "Ranbaxy's ANDAs" means the ANDAs that Ranbaxy has filed covering its injectable products containing imipenem and cilastatin.

2. "Ranbaxy's ANDA products" means the pharmaceutical composition products that are the subject of any of Ranbaxy's three ANDAs relating to injectable products containing imipenem and cilastatin, including any component contained in or used with the ANDA products, such as imipenem, cilastatin, any inactive ingredients, diluents, packaging, and materials used to administer the ANDA products to patients.

### MATTERS FOR EXAMINATION

1. Ranbaxy's decisions to file Ranbaxy's ANDAs, including without limitation the considerations leading up to those decisions, the issues considered, the resolution of issues considered, the identity and roles of each person involved in those considerations or decisions, and identification of related documents.

2. Ranbaxy's knowledge and analysis of U.S. Patent No. 5,147,868 (the "'868 patent"), including without limitation all opinions and advice relating thereto, the identity and role of each person involved, and identification of related documents and including but not limited to the circumstances of Ranbaxy becoming aware of the '868 patent and the subject matter of its claims.

3. The investigation leading to the preparation of Ranbaxy's January 22, 2007 letter (the "January 22 Letter") to Merck concerning the '868 patent, including who was involved in the investigation and when the investigation commenced;

Ranbaxy's assessments, tests, analyses, studies, evaluations, presentations, calculations, investigations, information, and consideration of all issues that formed the basis of the January 22 Letter; the timing of Ranbaxy's decision to send the January 22 Letter to Merck; and any opinions received on the '868 patent that are consistent or inconsistent with the January 22 Letter.

4. Ranbaxy's awareness that U.S. Application Ser. No. 06/188,178 (the "'178 application") was omitted from the chain of applications listed in the Related Application Data on the cover page of the '868 patent or in the first paragraph of the specification of the '868 patent as originally issued; Ranbaxy's awareness of the circumstances surrounding such an omission; Ranbaxy's assessment of the nature, consequences, and correctability of such an omission; any reliance by Ranbaxy on such an omission, including any reliance relating to the decisions to file any of Ranbaxy's ANDAs; and Ranbaxy's awareness that U.S. Application Ser. No. 06/465,577 was a continuation of the '178 application.

14. Ranbaxy's projected sales of, market for, and benefits accruing from its ANDA products, including without limitation Ranbaxy's financial projections, models, spreadsheets, assessments, considerations, analyses, business plans, calculations and other financial information relating thereto.

16. Ranbaxy's launch plans and projections relating to the scale of, success of, or benefits from the projected launch of Ranbaxy's ANDA products.

17. Ranbaxy's consideration or analysis of the potential, projected, or expected impact of the launch or sale of Ranbaxy's ANDA products on the sales and

market share of Primaxin®, including Ranbaxy's evaluations or projections relating thereto.

- iii -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Frederick L. Cottrell, III, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER, P.A.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 5, 2008 upon the following individuals in the manner indicated:

| **BY EMAIL** | **BY EMAIL** |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br><br>**cottrell@rlf.com**<br>**farnan@rlf.com** | Mark Boland, Esquire<br>SUGHRUE MION PLLC<br>**mboland@sughrue.com**<br><br>Michael R. Dzwonczyk, Esquire<br>SUGHRUE MION PLLC<br>**mdzwonczyk@sughrue.com**<br><br>Chid S. Iyer, Esquire<br>SUGHRUE MION PLLC<br>**ciyer@sughrue.com** |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

932280