IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-229 (GMS) |
| ) | |
| RANBAXY INC., and RANBAXY ) | |
| LABORATORIES LIMITED, ) | |
| ) | |
| Defendants and Counterclaim Plaintiffs. ) | |

### NOTICE OF DEPOSITION OF HELMUT KROPP

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, defendants and counterclaim plaintiffs Ranbaxy Inc. and Ranbaxy Laboratories Limited ("Ranbaxy") will take the deposition upon oral examination of Helmut Kropp beginning at 9:00 a.m. on the 10th day of June, 2008 in the offices of Sughrue Mion, PLLC, 2100 Pennsylvania Avenue, NW, Suite 600, Washington DC 20037.

The deposition will be recorded by stenographic means and may be videotaped, and is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

You are invited to attend and cross-examine.

|  |  |
|---|---|
|  | */s/ Frederick L. Cottrell, III* |
| OF COUNSEL: | Frederick L. Cottrell, III (#2555) |
| Mark Boland | Cottrell @rlf.com |
| Kenneth J. Burchfiel | Kelly E. Farnan (#4395) |
| Michael R. Dzwonczyk | Farnan@rlf.com |
| Renita Rathinam | Richards, Layton & Finger |
| Chandran B. Iyer | One Rodney Square, 920 N. King Street |
| Sughrue Mion PLLC | Wilmington, DE 19899 |
| 2100 Pennsylvania Ave., N.W. - Suite 8( | (302) 651-7700 |
| Washington, D.C. 20037 | Attorneys for Defendant/Counterclaimant |
| (202) 293-7060 | *Ranbaxy Laboratories Limited and Ranbaxy Inc.* |

Dated: May 15, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**HAND DELIVERY**

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

I hereby certify that on May 15, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**FEDERAL EXPRESS**

Raymond N. Nimrod
Jenner & Block LLP
919 N. Third Avenue
37th Floor
New York, NY 10022-3908

Aaron A. Barlow
Gregory D. Bonifield
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)

RLF1-3283830-1