IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC. | : |
|     Plaintiff | : |
| v. | : Civil Action No. 07-229 GMS |
| RANBAXY, INC., et al. | : |
|     Defendants | : |

## **ORDER**

IT IS HEREBY ORDERED this 15th day of July, 2008:

The parties are directed to submit a status report regarding settlement of the above-captioned case no later than July 29, 2008.

 

/s/
GREGORY M. SLEET
Chief, United States District Judge