IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 07-229 (GMS) |
| ) | |
| RANBAXY INC., and RANBAXY ) | |
| LABORATORIES LIMITED, ) | |
| ) | |
| Defendants and Counterclaim Plaintiffs. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is hereby dismissed without prejudice. Each party shall bear its own costs and attorney's fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200

*Attorneys for Merck & Co., Inc.*

RICHARDS LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
One Rodney Square
P.O. Box. 551
Wilmington, DE 19899
302.651.7700

*Attorneys for Ranbaxy Inc. and Ranbaxy Laboratories Limited*

Dated: July 29, 2008
2335689